# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>Only Choice Urgent Care & Med Spa, *on behalf of themselves and all others similarly situated*, Stewart Scharfman Physical Therapy, PC, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.   Civil No. 24-1271 (JRT/TNL)<br><br>UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc., Change Healthcare Inc.,<br><br>Defendants. | MDL No. 24-3108 (DWF/DJF)<br><br><br><br>**ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASES** |

On June 7, 2024, the Transfer Order from the Judicial Pannel on Multidistrict Litigation ('JPML') was filed as Doc. No. 1, creating Case No. MD 24-3108 (DWF/DJF) having been assigned to Judge Donovan W. Frank and Magistrate Judge Dulce J. Foster, and Case CV 24-1271 (JRT/TNL) having previously been assigned to Judge John R Tunheim and Magistrate Judge Tony N. Leung said matters being related cases and the JPML indicated CV 24-1271 as an associated case.

**IT IS HEREBY ORDERED** that Case No. CV 24-1271 be assigned to Judge Donovan W. Frank and Magistrate Judge Dulce J. Foster nunc pro tunc, by use of a card

2

on the appropriate deck of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order filed July 19, 2021 and additionally to indicate CV 24-1271 as an individual action/member case in MD 24-3108 (DWF/DJF).

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:   September 30, 2024         s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge

Dated:   September 30, 2024         s/John R. Tunheim
                                    JOHN R. TUNHEIM
                                    United States District Judge